**Pink C. JENKINS, Appellant, v. UNITED STATES of America.**
No. 10902.

Circuit Court of Appeals, Eighth Circuit.
April 10, 1937.

Cazort & Cronkrite, of Little Rock, Ark., and Vernon Bankston, of Hamburg, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and G. W. Hendricks, Sp. Asst. to U. S. Atty., of Little Rock, Ark., for the United States.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee and consent of appellant.

**Serena LESTER, Appellant, v. UNITED STATES of America.**
No. 10846.

Circuit Court of Appeals, Eighth Circuit.
Feb. 8, 1937.

W. L. Vandeventer, of Springfield, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee and consent of appellant, for failure to comply with rule 26 of this court.

**Bernard J. LEMMEN, Appellant, v. Fred G. TIMMER, Trustee in Bankruptcy of Frank A. Madigan, Inc., Appellee.**
No. 7601.

Circuit Court of Appeals, Sixth Circuit.
May 6, 1937.

Dunham & Sherk, of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS and ALLEN, Circuit Judges, and MARTIN, District Judge.

PER CURIAM.

It is ordered and adjudged that this cause be and is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed June 4, 1936.

**Harry C. LeVINE, Appellant, v. GRAYBAR ELECTRIC COMPANY, a Corporation, Appellee.**
No. 7151.

Circuit Court of Appeals, Sixth Circuit.
March 9, 1937.

Liverance & Van Antwerp, of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., and Paul, Paul & Moore and O. W. Giese, all of Minneapolis, Minn., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that this cause be and is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge (19 F.Supp. 303) filed May 28, 1934.